E. C. PATTERSON AND IDA K. PATTERSON HIS WIFE, *Appellants,* v. FRANKLIN M. THOMPSON, *Appellee.*

Division B.

Decision Filed July 29, 1926.

An Appeal from the Circuit Court of Dade County; H. F. Atkinson, Judge.

*Johnson & McIlvaine* and *Swearingen, Marsh & Rosenthal,* for Appellants;

*McCune, Casey, Hiaasen and Fleming,* for Appellee.

PER CURIAM.—A motion to strike a portion of an answer averring a failure of consideration for a mortgage sought to be enforced, was erroneously granted, therefore the order striking is on appeal reversed.

WHITFIELD, P, J., AND TERRELL AND BUFORD, J. J., concur.

BROWN, C. J., AND ELLIS AND STRUM, J. J., concur in the opinion.